**BOLIVAR INSULATION COMPANY, Appellant,**

v.

**R.K. SHIRLEY, d/b/a R.K. Shirley Drywall, Respondent.**

**No. WD 40952.**

Missouri Court of Appeals,
Western District.

May 16, 1989.

Kerry D. Douglas, Bolivar, for appellant.

Gregory D. Williams, Sunrise Beach, for respondent.

Before KENNEDY, C.J., and
LOWENSTEIN and GAITAN, JJ.

## ORDER

PER CURIAM:

Appeal from a judgment in court-tried case on a petition on account.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Gary SONNENBERG, Appellant.**

**No. WD 40983.**

Missouri Court of Appeals,
Western District.

May 16, 1989.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, J., Presiding,
and LOWENSTEIN and ULRICH, JJ.

## ORDER

PER CURIAM:

Defendant appeals from convictions of assault in the first degree, § 565.050, RSMo 1986, and possession of a weapon about the premises of a correctional institution, § 217.360.1(4), RSMo 1986, and from respective sentences of twenty and five years imprisonment, concurrent to each other, and consecutive to all other existing sentences.

Affirmed. Rule 30.25(b).